# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TIMOTHY WATKINS | * | CIVIL ACTION NO. 2:21-CV-00856 |
| *Plaintiff* | * | |
| | * | |
| VERSUS | * | JUDGE:  Zainey |
| | * | |
| | * | |
| OFFICER ANTHONY FOX | * | |
| | * | MAG. JUDGE:  North |
| *Defendants* | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ANTHONY FOX ANSWER AND AFFIRMATIVE DEFENSES

**NOW INTO COURT,** through undersigned counsel, come the defendants, Officer Anthony Fox who answers Plaintiffs Complaint as follows:

## FIRST DEFENSE

The Complaint fails to state a claim against the defendant upon which relief can be granted.

## SECOND DEFENSE

The Court is without jurisdiction in this matter, inasmuch as there is no diversity of citizenship between the parties hereto.

## THIRD DEFENSE

The Court is without jurisdiction in this matter, inasmuch as the amount of controversy exclusive of interests and costs does not exceed the sum and value of $75,000.00.

## FOURTH DEFENSE

Defendant categorically, paragraph-by-paragraph, alleges and avers as follows:

1.

The allegations alleged in Paragraph 1 of the Complaint are denied.

2.

The allegations alleged in Paragraph 2 of the Complaint are denied and defendant avers that there is no liability to plaintiff.

3.

The allegations alleged in Paragraph  of the Complaint are denied.

4.

The allegations alleged in Paragraph 4 of the Complaint are denied.

5.

The allegations alleged in Paragraph 5 of the Complaint are denied.

6.

The allegations alleged in Paragraph 6 of the Complaint are denied.

7.

Denied for lack of information to justify a belief therein.

8.

The defendant admits the allegations in paragraph 8 but denies any liability to plaintiff.

9.

The allegations in paragraph 9 do not pertain to defendant and is vague as to "john due" officers.  In an abundance of caution denied as written.  Defendant denies liability to plaintiff.

10.

The allegations call for a legal conclusions and addresses claims against others.  In an abundance of caution defendant denies as written and denies liability to plaintiff.

11.

The allegations alleged in Paragraph 11 of the Complaint are denied.

12.

Paragraph 12 calls for a legal conclusion in an abundance of caution the paragraph is denied as defendant denies any liability to plaintiff.

13.

Paragraph 13 calls for a legal conclusion in an abundance of caution the paragraph is denied as defendant denies any liability to plaintiff.

14.

Denied for a lack of sufficient information to justify a belief therein.

15.

Denied for a lack of sufficient information to justify a belief therein..

16.

Denied for a lack of sufficient information to justify a belief therein.

17.

Defendant admits that a call was made, but defendant denies liability to plaintiff.

18.

The allegations alleged in Paragraph 18 of the Complaint are denied.

19.

The allegations alleged in Paragraph 19 of the Complaint are denied as written.

20.

The allegations alleged in Paragraph 20 of the Complaint are denied as written.

21.

The allegations alleged in Paragraph 21 of the Complaint are denied.

22.

The allegations alleged in Paragraph 22 of the Complaint are denied as written and denies liability to plaintiff.

23.

The allegations alleged in Paragraph 23 of the Complaint are denied.

24.

The allegations alleged in Paragraph 24 of the Complaint are denied.

25.

The allegations alleged in Paragraph 25 of the Complaint are denied.

26.

The allegations alleged in Paragraph 26 of the Complaint are denied.

27.

The allegations alleged in Paragraph 27 of the Complaint are denied.

28.

The allegations alleged in Paragraph 28 of the Complaint are denied.

29.

The allegations alleged in Paragraph 29 of the Complaint are denied.

30.

The allegations alleged in Paragraph 30 of the Complaint are denied except to admit that plaintiff was told the handcuffs would be removed at the police station.

31.

The allegations alleged in Paragraph 31 of the Complaint are denied as written except to admit that the handcuffs were removed.

32.

The allegations alleged in Paragraph 32 of the Complaint are denied.

33.

The allegations alleged in Paragraph 33 of the Complaint are denied.

34.

The allegations alleged in Paragraph 34 of the Complaint are denied for lack of sufficient information.

35.

The allegations alleged in Paragraph 35 of the Complaint are denied.

36.

The allegations alleged in Paragraph 36 of the Complaint are denied.

37.

Paragraph 37 of the Complaint are denied.

38.

The allegations alleged in Paragraph 38 of the Complaint are denied for lack of sufficient information to justify a belief therein.

39.

The allegations alleged in Paragraph 39 of the Complaint are denied for lack of sufficient information to justify a belief therein.

40.

The allegations alleged in Paragraph 40 of the Complaint are denied.

41.

The allegations alleged in Paragraph 11 of the Complaint are denied.

42.

The allegations alleged in Paragraph 42 of the Complaint are denied.

43.

The allegations alleged in Paragraph 43 of the Complaint are denied.

44.

The allegations alleged in Paragraph 44 of the Complaint are denied.

45.

The allegations alleged in Paragraph 45 of the Complaint are denied.

46.

The allegations alleged in Paragraph 46 of the Complaint are denied.

47.

The allegations alleged in Paragraph 47 of the Complaint are denied.

48.

The allegations alleged in Paragraph 48 of the Complaint are denied.

49.

The allegations alleged in Paragraph 49 of the Complaint are denied as defendant denies allegations of improper training and denies liability to plaintiff.

50.

The allegations alleged in Paragraph 50 of the Complaint are denied.

51.

The allegations alleged in Paragraph 51 of the Complaint do not require an answer in abundance of caution defendant denies liability to plaintiff.

52.

The allegations alleged in Paragraph 52 of the Complaint contain legal conclusions Defendant denies liability to plaintiff.

53.

The allegations alleged in Paragraph 53 of the Complaint are denied.

54.

The allegations alleged in Paragraph 54 of the Complaint are denied.

55.

The allegations alleged in Paragraph 55 of the Complaint are denied.

56.

The allegations alleged in Paragraph 56 of the Complaint are denied.

57.

The allegations alleged in Paragraph 57 of the Complaint are denied.

58.

The allegations alleged in Paragraph 58 of the Complaint are denied.

59.

The allegations alleged in Paragraph 59 of the Complaint are denied.

60.

The allegations alleged in Paragraph 60 of the Complaint are denied.

61.

The allegations alleged in Paragraph 61 of the Complaint are denied.

62.

The allegations alleged in Paragraph 62 of the Complaint are denied.

63.

The allegations alleged in Paragraph 63 of the Complaint are denied.

64.

The allegations alleged in Paragraph 64 of the Complaint are denied.

65.

Paragraph 65 of the complaint do not contain allegations but in an abundance of caution defendant denies liability to plaintiff.

66.

The allegations alleged in Paragraph 66 of the Complaint are denied as Paragraph 66 calls for a legal conclusion.

67.

The allegations alleged in Paragraph 67 of the Complaint are denied as written.

68.

The allegations alleged in Paragraph 68 of the Complaint are denied.

69.

The allegations in Paragraph 69 are denied and defendant denies that officers were untrained.

70.

The allegations alleged in Paragraph 70 of the Complaint are denied.

71.

The allegations alleged in Paragraph 71 of the Complaint are denied.

72.

The allegations alleged in Paragraph 72 of the Complaint are denied.

73.

The allegations alleged in Paragraph 73 of the Complaint are denied, and denies any excessive force was used.

74.

The allegations alleged in Paragraph 74 of the Complaint are denied as defendant denies improper training.

75.

The allegations alleged in Paragraph 75 of the Complaint are denied.

76.

The allegations alleged in Paragraph 76 of the Complaint are denied.

77.

The allegations alleged in Paragraph 77 of the Complaint are denied and deny any liability to plaintiff.

78.

The allegations alleged in Paragraph 78 of the Complaint do not require an answer but in abundance of caution the defendant denies liability to plaintiff.,

79.

The allegations alleged in Paragraph 79 of the Complaint are denied as written

80.

The allegations alleged in Paragraph 80 of the Complaint are denied.

81.

The allegations alleged in Paragraph 81 of the Complaint are denied.

82.

The allegations alleged in Paragraph 82 of the Complaint are denied.

83.

The allegations alleged in Paragraph 83 of the Complaint are admitted that no disciplinary action was taken.  Defendant denies that any excessive force occurred.

84.

The allegations alleged in Paragraph 84 of the Complaint are denied.

85.

The allegations alleged in Paragraph 85 of the Complaint are denied.

86.

The allegations alleged in Paragraph 86 of the Complaint are denied.

87.

The allegations alleged in Paragraph 87 of the Complaint are denied.

88.

The allegations alleged in Paragraph 88 of the Complaint are denied.

89.

The allegations alleged in Paragraph 89 of the Complaint are denied.

90.

No response is required to Paragraph 90 of the complaint in abundance of caution the defendant denies any liability to the plaintiff.

91.

Paragraph 91 of the complaint states legal conclusions defendant denies liability to plaintiff.

92.

The allegations alleged in Paragraph 92 of the Complaint are denied.

93.

No response is required to Paragraph 93 of the complaint in abundance of caution the defendant denies any liability to the plaintiff.

94.

The allegations alleged in Paragraph 94 of the Complaint are denied as defendant denies liability to plaintiff.

95.

The allegations alleged in Paragraph 95 of the Complaint are denied.

96.

The allegations alleged in Paragraph 96 of the Complaint are denied.

97.

The allegations alleged in Paragraph 97 of the Complaint are denied.

98.

The allegations alleged in Paragraph 98 of the Complaint are denied as defendant denies liability.

99.

The allegations alleged in Paragraph 99 of the Complaint are denied as defendant denies liability.

100.

The allegations alleged in Paragraph 100 of the Complaint are denied as defendant denies liability.

101.

The allegations alleged in Paragraph 101 of the Complaint do not require a response. Defendant denies liability.

**FIFTH DEFENSE**

The Court is without jurisdiction as to all claims asserted by the plaintiff in this matter, inasmuch as the Complaint fails to state a proper claim of relief under the Constitution of the United States or any United States statute.

**SIXTH DEFENSE**

Defendant herein pleads that any actions taken by them or their employees were taken in good faith and with probable cause, without malice, and under laws believed to be constitutional.

**SEVENTH DEFENSE**

In the alternative, Defendant avers that Plaintiff's damages, if any, were caused or contributed to by other persons or parties over whom the Defendants exercise no authority, jurisdiction, or control, and for whose actions Defendants are not legally responsible.

**EIGHTH DEFENSE**

Defendant avers that, at all times herein, their actions were reasonable, justified and legally permissible under the circumstances.

**NINTH DEFENSE**

Defendant specifically pleads that they are entitled to and protected by the qualified immunity afforded to public officials for acts committed during the course of their official duties.

## TENTH DEFENSE

As a political subdivision of the State of Louisiana, Defendants are entitled to and hereby plead the statutory limitation of liability, costs and interest contained in LSA-R.S. 13:5106 and LSA-R.S. 13:5112, as well as any other statutory or jurisprudential limitation of liability, costs, and interest available to the defendants under the law.

## TWELFTH DEFENSE

Defendants herein plead that, to the extent that any acts or omissions of the defendants were a cause of the plaintiff's injuries, which is denied, all such acts or omissions constitute policy making or discretionary acts for which the defendants are immune from liability under La. R.S. 9:2798.1.

## THIRTEENTH DEFENSE

In the alternative, and only in the event that this Court should find any negligence on the part of the defendants, which is strictly denied, defendants affirmatively allege the contributory and/or comparative negligence of the plaintiff or other parties, in diminution or complete bar to recovery herein.

## FOURTEENTH AFFIRMATIVE DEFENSE

Defendant affirmatively pleads that Plaintiff's claims are prescribed and/or time-barred as a matter of law.

## FIFTEENTH AFFIRMATIVE DEFENSE

Defendant affirmatively pleads that they are entitled to the statutory and jurisprudential immunity found under La. R.S. 28:63 and La. R.S. 9:2798.1.

## SIXTEENTH AFFIRMATIVE DEFENSE

Defendant also reserves the right to assert any and all additional applicable immunities and affirmative defenses available under law.

**WHEREFORE,** Defendant prays that this answer be deemed good and sufficient and that, after all due proceedings, there be judgment herein, dismissing Plaintiff's Complaint with prejudice and at his cost, and for all other general and equitable relief.

Respectfully submitted,
*/s/Timothy R. Richardson*
TIMOTHY R. RICHARDSON (LSBN 27625)
PO BOX 310
MADISONVILLE, LA 70447
985 302 3022
FAX: 985 898 0483

Physical

422 East Lockwood Street
2nd Floor
Covington, La 70447

## CERTIFICATE OF SERVICE

I do hereby certify that on this 30th day of June, 2021, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the court's electronic filing system.  I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage prepaid.

*/s/Timothy R. Richardson*