# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY WATKINS,<br>　　　　　　*Plaintiff,*<br><br>v.<br><br>OFFICER ANTHONY FOX, OFFICER JOHN DOE 1, OFFICER JOHN DOE 2, OFFICER JOHN DOE 3, OFFICER JOHN DOE 4, OFFICER JOHN DOE 5, and HAMMOND, LOUISIANA<br>　　　　　　*Defendants.* | Civil Action No.: 2:21-CV-00856<br><br>Judge: Hon. Jay C. Zainey<br><br>Magistrate Judge: Hon. Michael B. North |

## **PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Timothy Watkins, who moves the Court for leave to amend his complaint in this action pursuant to Federal Rule of Civil Procedure 15(a), Local Rule 7.6, and the Court's Scheduling Order entered October 12, 2021. Counsel for Defendants City of Hammond, Louisiana and Officer Fox do not oppose the proposed amendment of the complaint.

WHEREFORE, Plaintiff prays that, for the reasons set forth in his Memorandum of Law filed herewith, the Motion be granted and that he be authorized to file the proposed amended complaint attached as Exhibit A to the Motion.

Dated:  November 22, 2021

                                                    Respectfully submitted,

                                                    By: */s/* Jayme Jonat_____

Jayme Jonat (pro hac vice)
Robert Morrow (pro hac vice motion forthcoming)
Matthew Gurgel (pro hac vice)
jjonat@hsgllp.com
rmorrow@hsgllp.com
mgurgel@hsgllp.com
Holwell Shuster & Goldberg LLP
425 Lexington Avenue
New York, NY 10017

and

Stephanie Willis (LA Bar Number 31834)
Nora Ahmed (pro hac vice)
swillis@laaclu.org
nahmed@laaclu.org
ACLU Foundation of Louisiana
P.O. Box 56157
New Orleans, LA 70156

*Attorneys for Plaintiff Timothy Watkins*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

/s/ Jayme Jonat_____

Jayme Jonat (pro hac vice)
jjonat@hsgllp.com
Holwell Shuster & Goldberg LLP
425 Lexington Avenue
New York, NY 10017