# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

TIMOTHY WATKINS,
                   *Plaintiff,*

v.

OFFICER ANTHONY FOX, OFFICER JOHN
DOE 1, OFFICER JOHN DOE 2, OFFICER JOHN
DOE 3, OFFICER JOHN DOE 4, OFFICER JOHN
DOE 5, and HAMMOND, LOUISIANA
                   *Defendants.*

Civil Action No.:  2:21-CV-00856

Judge:  Hon. Jay C. Zainey

Magistrate Judge:  Hon. Michael B. North

## [PROPOSED] ORDER

Considering the foregoing Motion for Leave to Amend the Complaint filed by Plaintiff,

Timothy Watkins:

**IT IS HEREBY ORDERED** that the Motion is GRANTED and Plaintiff is authorized to

file the amended complaint attached to the Motion.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2021.

_____
HONORABLE JAY C. ZAINEY
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA