UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY WATKINS,<br>                    *Plaintiff,*<br><br>v.<br><br>OFFICER ANTHONY FOX, OFFICER JOHN DOE 1, OFFICER JOHN DOE 2, OFFICER JOHN DOE 3, OFFICER JOHN DOE 4, OFFICER JOHN DOE 5, and HAMMOND, LOUISIANA<br>                    *Defendants.* | Civil Action No.: 2:21-CV-00856<br><br>Judge: Hon. Jay C. Zainey<br><br>Magistrate Judge: Hon. Michael B. North |

## CERTIFICATION OF MATTHEW GURGEL

1.    I am a member in good standing of the bar of the State of New York and have been admitted *pro hac vice* before this Court. I am counsel to Plaintiff Timothy Watkins in the above-captioned matter.

2.    On November 22, 2021, I contacted counsel for Defendants Officer Anthony Fox and Hammond, Louisiana regarding Plaintiff's Motion for Leave to Amend the Complaint. Counsel for the foregoing Defendants have stated that they do not oppose the Motion.

3.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 22, 2021

                                                        _____
                                                        Matthew Gurgel (pro hac vice)
                                                        mgurgel@hsgllp.com
                                                        Holwell Shuster & Goldberg LLP
                                                        425 Lexington Avenue
                                                        New York, NY 10017