UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TIMOTHY WATKINS                                                              CIVIL ACTION

VERSUS                                                                              NUMBER: 21-0856

ANTHONY FOX ET AL                                                        SECTION: A(5)

## NOTICE TO PRODUCE HARD COPY

Because rec. doc. 36 contains more than 50 pages, counsel for the movant(s) must deliver to chambers[1]/ within three working days a hard copy of the submission in a binder with tabbed dividers for all exhibits and attachments. The hard copy of the submission must be printed from CM/ECF so that it has the CM/ECF document header on all pages indicating the case number, record document number, filing date, and page number. The cover of the binder must include the case name, case number, document name, and record document number. If there are more than five exhibits and attachments, the binder must include a table of contents describing each exhibit and attachment and listing which tab corresponds to each exhibit or attachment. No notice of compliance need be filed.

New Orleans, Louisiana, this 16th day of March, 2022.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

Issued for the Court by:

Jennifer Schouest
Case Manager – Mag. Division 5
(504) 589-7687

---

[1]/ The hard copy should be addressed to "Jennifer Schouest – Case Manager" and delivered to the Clerk's Office, Room C-151.