UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIMOTHY WATKINS | CIVIL ACTION |
| VERSUS | NO: 21-856 |
| ANTHONY FOX, ET AL. | SECTION: "A" (5) |

In accordance with 28 U.S.C. § 455(a) and § 455(b), the Court disqualifies itself from this matter.

Accordingly,

**IT IS ORDERED** that the Clerk of Court re-allot this matter to another section.

October 3, 2022

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

October 04, 2022

REALLOTTED TO

## SECT. E